# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED 10/18/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Dwight McDonald, et al., ) | |
| Plaintiff ) | Case Number: 1:21-cv-06260 |
| ) | |
| v. ) | Judge: Gary Feinernman |
| ) | |
| M2 Management, Inc, et al. ) | Magistrate Judge: |
| Defendant ) | |

Honorable Court,

My name is Mike Trainor. I am President of M2 Management, Inc. On Aug 1,2024 I recieved a Registraion of Foreign Judgement from the Grafton Superior Court, NH in relation to a case in Illinois. I immediately contacted the filer in the case , Richard Rouseau on Aug 1, 2024, the same day I recieved the letter in the mail.

I appologise that I am not an attourney, and am not sure of the procedure in your court. I would like to file either a motion to dismiss, a motion to vacate or an appeal based on the following;

1. I was never served paperwork in relation to case by in person, by US Certified mail or reg US mail. I did not have a chance to defend this case in which judgement was made.

2. For Mike Trainor to be reoved form case as I am protected under the incorporation laws whereas M2 Management is a corporation in the state of NH.

3. None of the plaintfiffs work or worked for M2 Management. I only subcontract work to companies that have established corporations with EIN numbers, their own emploees, workers compensation, liability insurance, I 9 proof of workers citizenships and company bank account attached to their company EIN number. None of these plaintiffs have ever been paid by Mike Trainor or M2 Management, Inc by way of check, wire or ACH from Mike Trainor or M2 Management Bank Account. None of these peopole have a contract, w-2 , 1099 or other from Mike Trainor or M2 Management. I was on a job site that they were working on as a quality control inspector, and to make sure that the contract with the customer was adheared to. The last day I saw these people, I pointed out a paint coating defect to Chris Atkins and Tim Provost. In front of 4 witnesses( that will sign affidavids if needed) they pointed at Dwight McDonald and said that they didnt work for me and that they worked for him. At which point they left the site and did not return. Again, I am the only employee of M2 Management. There was no contract from M2 Management to these plaintiffs.

Respectfully,

Mike Trainor
Pres. M2 Management, Inc.

10.18.24