# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs<br>vs.<br><br>M2 MANAGEMENT INC., and MICHAEL P. TRAINOR,<br><br>               Defendants | No. 21-cv-6260 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, June 10, 2025, at 9:30am**, the undersigned counsel will appear before the Honorable Jorge L. Alonso, via telephone (telephonic information to be provided on the docket), and then and there shall present **Defendants' Rule 60(b)(4) Motion to Vacate Judgment [ECF No. 30]**.

/s/   David DeSchepper
*Attorneys for Defendants*

John C. Ellis
David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

      /s/ John C. Ellis