## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dwight McDonald, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−06260
                                                        Honorable Jorge L. Alonso

M2 Management, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

    MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs' motion for extension [34] is granted. The deadline for Plaintiffs' response is extended to 6/18/25. Defendants shall reply by 7/2/25. The Court will review the briefing and rule electronically or set further court dates as necessary. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.