[(/online/Home/)](/online/Home/)  Back to Home (/online)

# Business Information

## Business Details

| | | | |
|---:|:---|---:|:---|
| Business Name: | M2 MANAGEMENT, INC. | Business ID: | 724269 |
| Business Type: | Domestic Profit Corporation | Business Status: | Good Standing |
| Business Creation Date: | 04/10/2015 | Name in State of Incorporation: | Not Available |
| Date of Formation in Jurisdiction: | 04/10/2015 | | |
| Principal Office Address: | PO Box 7045, Gilford, NH, 03247, USA | Mailing Address: | NONE |
| Citizenship / State of Incorporation: | Domestic/New Hampshire | | |
| | | Last Annual Report Year: | 2021 |
| | | Next Report Year: | 2022 |
| Duration: | Perpetual | | |
| Business Email: | mike@m2management.org | Phone #: | 603-682-1722 |
| Notification Email: | NONE | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / entertainment consulting and management | |

Page 1 of 1, records 1 to 1 of 1

## Principals Information

| Name/Title | Business Address |
|---|---|
| mike trainor / President | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / Secretary | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / Director | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / President | po box 7045, Gilford, NH, 03247, USA |

Page 1 of 1, records 1 to 4 of 4

## Registered Agent Information

| | |
|---|---|
| Name: | Trainor, Mike |
| Registered Office Address: | 1039 Gherry Valley Rd, Gilford, NH, 03249, USA |
| Registered Mailing Address: | 1039 Gherry Valley Rd, Gilford, NH, 03249, USA |

## Trade Name Information

No Trade Name(s) associated to this business.

## Trade Name Owned By

No Records to View.

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| | | No records to view. | |

Filing History    Address History    View All Other Addresses    Name History    Shares

Businesses Linked to Registered Agent    Return to Search    Back