IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Dwight McDonald, et al**

Plaintiff/Petitioner

vs.

**M2 Management, Inc., et al**

Defendant/Respondent

Case No.: **1:21-cv-06260**

AFFIDAVIT OF NON-SERVICE OF **Summons; Complaint**

I, **David E McGrath**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 73602, located at 48 Border Winds Ave, SEABROOK, NH 03874.

On the **21st day of February, 2022 at 3:36 PM**, I, **David E McGrath**, NON-SERVED Michael Trainor.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1039 Cherry Valley Road, Gilford, Belknap County, NH 03249**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**2/21/2022 3:36 PM: I spoke with an individual who indicated they were the resident and they stated subject moved. At the address I observed a package/mail addressed to another. I spoke with a neighbor who says not resident. Current resident a Hispanic female on her 30s states the defendant sold this house and moved in May 2021.**

Service Fee Total: **$129.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

NAME: _____    Server ID # _____    02/23/2022
David E McGrath                                                          Date



REF: **Dwight McDonald v. M2 Management; 1:21-cv-6260**

Page 1 of 1
Tracking #: **0083276742**