

Tracy Freeman <tracy@sanfordlawfirm.com>

---

## RE: Michael P. Trainor BAD ADDRESS

---

**Tracy Freeman** <tracy@sanfordlawfirm.com>                              Mon, Jan 3, 2022 at 2:53 PM
To: Matt Foster <mfoster@apsprocess.com>

I researched Trainor on TLO. He has a vehicle registered to his name that has an address of 3169 43rd Street, Astoria, NY 11103. The vehicle is a 2009 Toyota Prius with a tag number of NYDMF2330. Let's try and serve him individually and for the business at this address. I don't really have any other leads so hopefully it is correct.

Thanks!

---

**From:** Matt Foster <mfoster@apsprocess.com>
**Sent:** Wednesday, December 22, 2021 2:58 PM
**To:** tracy@sanfordlawfirm.com
**Subject:** Michael P. Trainor BAD ADDRESS

This one was a bad address. He sold this home to Joan Briggs who had no idea where Michael Trainor moved. Do you have another address?

Thank you,

Cristi



### Downtown Dallas Office

1910 Pacific Avenue, Suite 9300

Dallas, TX 75201

214-290-4639

### East Texas Office

1612 Warrington Way

Forney, TX 75126

Case: 1:21-cv-06260 Document #: 37-3 Filed: 06/18/25 Page 2 of 2 PageID #:182

214-290-2323

Email: mfoster@apsprocess.com

Web: www.apsprocess.com

NOTICE - - The information in this email may be confidential and/or privileged.  This email is intended to be reviewed by only the individual or organization named above.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited.  If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.