

Tracy Freeman <tracy@sanfordlawfirm.com>

## Re: Dwight McDonald v. M2 Management
1 message

**Tracy Freeman** <tracy@sanfordlawfirm.com>                                    Tue, Feb 1, 2022 at 1:40 PM
To: Matt Foster <mfoster@apsprocess.com>

Did the server have any luck with the new address?

On Wed, Jan 26, 2022 at 10:25 AM Tracy Freeman <tracy@sanfordlawfirm.com> wrote:

> Hey!
>
> Our client gave us the information below. Please see the contact information below for Tyler Grover. Mr. Grover is an old business associate of Mr. Trainor. He cannot accept service but maybe he would respond to you to see where Mr. Trainor is located now. I've called him too but have not received a response.
>
> Tyler Grover
>
> 1400 Mount Jefferson Road, Ste 7
>
> West Jefferson, NC 28694
>
> (813) 557-519
>
> We also found that Trainor bought this property below. It looks like he is building a house there (if it is not already built). Maybe we could send the server there to see if he is at the address. Lot 29 Diamon Ledge Road, Thornton, NH 03285.
>
> https://www.zillow.com/homedetails/Diamond-Ledge-Rd-LOT-29-Thornton-NH-03285/2078779414_zpid/
>
> **From:** Tracy Freeman <tracy@sanfordlawfirm.com>
> **Sent:** Wednesday, January 26, 2022 9:22 AM
> **To:** 'Matt Foster' <mfoster@apsprocess.com>
> **Subject:** RE: Dwight McDonald v. M2 Management
>
> Thank you! We have contacted our client to see if he can help find a new address.
>
> **From:** Matt Foster <mfoster@apsprocess.com>
> **Sent:** Wednesday, January 26, 2022 8:43 AM
> **To:** Tracy Freeman <tracy@sanfordlawfirm.com>
> **Subject:** Re: Dwight McDonald v. M2 Management
>
> Good morning Tracy,

I emailed Michael P. Trainor this morning and am awaiting a response. Additionally, I placed a phone call to the phone number you provided, however, the message I received stated that mailbox was full and could not accept any messages at this time. Fingers crossed that he'll respond to me email.

Thank you,

Matthew Foster



**Downtown Dallas Office**

1910 Pacific Avenue, Suite 9300

Dallas, TX 75201

214-290-4639

**East Texas Office**

1612 Warrington Way

Forney, TX 75126

214-290-2323

Email: mfoster@apsprocess.com

Web: www.apsprocess.com

NOTICE - - The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**From:** Tracy Freeman <tracy@sanfordlawfirm.com>
**Sent:** Tuesday, January 25, 2022 10:08 AM
**To:** Matt Foster <mfoster@apsprocess.com>
**Subject:** RE: Dwight McDonald v. M2 Management

I found a business phone number of 603-682-1722 and an email of Mike@m2management.org. Do you mind to try and contact him? I cannot find any more addresses. I'm also going to ask the attorney about what to do next if he won't answer.



**Tracy Freeman**

**Operations Manager, Sanford Law Firm**

800-615-4946 (Main) | (501) 404-7796 (Direct)

tracy@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

**From:** Matt Foster <mfoster@apsprocess.com>
**Sent:** Monday, January 24, 2022 2:57 PM
**To:** Tracy Freeman <tracy@sanfordlawfirm.com>
**Subject:** Re: Dwight McDonald v. M2 Management

The 3169 43rd St, Astoria, NY 11103 was a bad address.  Jon has tried to call him and emailed him, but he has never responded back.

Thank you,

Cristi



**Downtown Dallas Office**

1910 Pacific Avenue, Suite 9300

Dallas, TX 75201

214-290-4639

**East Texas Office**

1612 Warrington Way

Forney, TX 75126

214-290-2323

Email: mfoster@apsprocess.com

Web: www.apsprocess.com

NOTICE - - The information in this email may be confidential and/or privileged.  This email is intended to be reviewed by only the individual or organization named above.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited.  If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**From:** Tracy Freeman <tracy@sanfordlawfirm.com>
**Sent:** Monday, January 24, 2022 2:51 PM
**To:** Matt Foster <mfoster@apsprocess.com>
**Subject:** Re: Dwight McDonald v. M2 Management

Hey!

Do you guys have an update on this service?

Thanks!

### Tracy Freeman



**Operations Manager, Sanford Law Firm**

800-615-4946 (Main) | (501) 404-7796 (Direct)

tracy@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Fri, Jan 21, 2022 at 9:36 AM Tracy Freeman <tracy@sanfordlawfirm.com> wrote:

> Hey!
>
> Do you guys have an update on this one? We have to file a status report with the judge today.
>
> Thanks!
>
> On Mon, Nov 29, 2021 at 9:14 AM Tracy Freeman <tracy@sanfordlawfirm.com> wrote:
>
>> Hello!

Attached please find a Complaint and two (2) Summons for service in Gilford, New Hampshire. Please let me know if you need any additional information.

Thank you!