

# State of New Hampshire
# Department of State
## 2022 ANNUAL REPORT

| | |
|---|---|
| | Filed |
| | Date Filed: 2/8/2022 |
| | Effective Date: 2/8/2022 |
| | Business ID: 724269 |
| | William M. Gardner |
| | Secretary of State |

| | |
|---|---|
| BUSINESS NAME: | **M2 MANAGEMENT, INC.** |
| BUSINESS TYPE: | **Domestic Profit Corporation** |
| BUSINESS ID: | **724269** |
| STATE OF INCORPORATION: | **New Hampshire** |

| CURRENT PRINCIPAL OFFICE ADDRESS | CURRENT MAILING ADDRESS |
|---|---|
| **PO Box 7045**<br>**Gilford, NH, 03247, USA** | **NONE** |

| REGISTERED AGENT AND OFFICE | |
|---|---|
| REGISTERED AGENT: | **Trainor, Mike** |
| REGISTERED AGENT OFFICE ADDRESS: | **1039 Gherry Valley Rd  Gilford, NH, 03249, USA** |

| PRINCIPAL PURPOSE(S) | |
|---|---|
| NAICS CODE | NAICS SUB CODE |
| **OTHER / entertainment consulting and management** | |

| OFFICER / DIRECTOR INFORMATION | | |
|---|---|---|
| NAME | BUSINESS ADDRESS | TITLE |
| **mike trainor** | **po box 7045, Gilford, NH, 03247, USA** | **President** |
| **mike trainor** | **po box 7045, Gilford, NH, 03247, USA** | **President** |
| **mike trainor** | **po box 7045, Gilford, NH, 03247, USA** | **Secretary** |
| **mike trainor** | **po box 7045, Gilford, NH, 03247, USA** | **Director** |

I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

Title: **President**
Signature: **MIKE TRAINOR**
Name of Signer: **MIKE TRAINOR**