Filed
Date Filed : 11/21/2023 03:09:00 PM
Effective Date : 11/21/2023 03:09:00 PM
Filing # : 6348630   Pages : 1
Business ID : 724269
David M. Scanlan
Secretary of State
State of New Hampshire

(Business Name): __M 2 Management, Inc__

NH SOS Business ID #: __724269__

☒ New Principal Office Address: __53 Diamond Ledge Rd, Thornton NH 03285__

☒ New Mailing Address: __PO Box 7045 Gilford NH 03247__

☐ New Business Email Address: ____

☐ New Notification Email Address: ____

☐ New Business Phone #: (____) ____

Thank you for your attention in this matter,

Signed: __[signature]__   Date: __11.21.23__

(Print Name): __Mike Trainor__, Title: __President__

Mail to:
New Hampshire Secretary of State,
Corporation Division,
107 North Main Street, Room 204,
Concord, NH 03301-4989

Bring to:
State House Annex,
3rd Floor, Room 317
(left off the elevator or stairs & straight down the hall)
Concord, NH 03301