

16 Merrill Access Road
Thornton, NH 03285

# TOWN OF THORNTON
## PLANNING BOARD

Tel: 603-726-8168
Fax: 603-726-2078
pbzbassistant@thorntonnh.org

### Notice of Decision

| | |
|---|---|
| Meeting Date: | May 19, 2022 |
| Plan Name: | Home Business Office Site Plan |
| Application Date: | April 14, 2022 |
| Plan Description: | To have a business office in a residence. |
| Map/Lot: | Map 238, Lot 39    [Formerly Map 15, Lot 04-40] |
| Zone: | Industrial I |
| Location: | Diamond Ledge Road |
| Owner(s): | Mike Trainor |
| Agent(s) | N/A |

On May 19, 2022 the Thornton Planning Board held a Public Hearing to consider a site plan for a home business office submitted by Mike Trainor of M2 Management for the parcel identified as Tax Map 238, Lot 39 [Formerly Map 15, Lot 04-40] located on Diamond Ledge Road. After initial review of the application, the Thornton Planning Board considered and voted to approve the following:

**MOTION:** "To approve the Site Plan Review: Business Office - Diamond Ledge Road; Mike Trainor [Map 15; Lot 4-40]."

    **Motion:** F. Freeman
    **Second:** D. O'Donnell
    **Discussion:** Planner Menici stated staff has no concerns with the application as submitted.
    **Vote: 7 YES - 0 NO - 0 ABSTAIN**
    **Motion passes.**

Be advised that all conditions noted above *(if any)* must be met and confirmed by the Planning Department prior to applying for any zoning compliance applications. A signed and recorded copy of the plan, if applicable, must be on file with the Planning Department prior to applying for any zoning compliance applications.

For the Thornton Planning Board,

_Nancy Decoteau_            5/26/22
Nancy Decoteau, Chairman       Date

---

**Note:** The Selectmen, any party to the action or any person directly affected has a right to appeal this decision, in a timely fashion as prescribed by the New Hampshire Revised Statutes Annotated, Chapter 677, available at the Thornton Town Office. This notice has been placed on file and made available for public inspection in the records of the Thornton Planning Board. Copies of this Notice of Decision have been distributed to: The Applicant, Board of Selectmen, Town Clerk, and Property Tax Assessor. A copy of this Notice of Decision has been posted at the Thornton Town Office and the Town of Thornton website.