IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DWIGHT McDONALD, CHRISTOPHER**                     **PLAINTIFFS**
**ATKINS and TIMOTHY PROVOST,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                           No. 1:21-cv-6260

**M2 MANAGEMENT, INC.,**                         **DEFENDANTS**
**and MICHAEL P. TRAINOR**

## MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS

Plaintiffs Dwight McDonald, Christopher Atkins and Timothy Provost (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Extension of Time to Effectuate Service of Process ("Motion"), state and allege as follows:

1.      On February 20, 2026, this Court granted Defendants' Rule 60(b)(4) motion, reopened this case, and directed Plaintiffs to serve Defendants with process within 90 days. That deadline expires on or about May 21, 2026.

2.      Despite diligent efforts, Plaintiffs have been unable to accomplish service on either Defendant within the time allotted.

3.      Following entry of the Court's February 20 Order, Plaintiffs retained process servers, directed service efforts to addresses reasonably associated with Defendant Michael P. Trainor, and sent certified mail to those addresses, including 218 Deer Meadow Road, Pittsfield, New Hampshire 03263, a property owned by Trainor

**Page 1 of 4**
**Dwight McDonald, et al. v. M2 Management, Inc., et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-6260**
**Motion for Extension of Time to Effectuate Service of Process**

where he is believed to reside; 53 Diamond Ledge Road, Thornton, New Hampshire 03285, a property associated with his business operations. Plaintiffs have not received any returned mail or delivery failure notice from the United States Postal Service, and as of the filing of this motion have sent additional certified mail to those addresses to further ensure notice to Defendant.

4.      Upon recently learning that the process servers are unable to complete service, Plaintiffs are now engaging both the Merrimack County Sheriff's Department and the Grafton County Sheriff's Department to effectuate service at those addresses.

5.      Defendant Trainor is presently a plaintiff in an active federal lawsuit in the United States District Court for the District of New Hampshire, *Trainor v. McDonald*, Case No. 1:26-cv-00024-SM-TSM, in which he has registered 218 Deer Meadow Road, Pittsfield, New Hampshire 03263 as his address of record for service of court documents. *Exhibit 1 (Diversity Disclosure Statement filed by Trainor in* Trainor v. McDonald).

6.      Having affirmatively provided that address to a federal court for purposes of receiving service in his own active litigation, Defendant Trainor cannot credibly claim to be unreachable there.

7.      Defendant Trainor now has counsel of record in this case -- the same case in which he successfully moved to vacate the prior judgment. Counsel who entered appearances to obtain that relief on Trainor's behalf are well-positioned to facilitate proper service or to accept service on his behalf. Defendant has engaged counsel to actively pursue his interests in this litigation while simultaneously making service difficult to accomplish.

**Page 2 of 4**
**Dwight McDonald, et al. v. M2 Management, Inc., et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-6260**
**Motion for Extension of Time to Effectuate Service of Process**

8.      Federal Rule of Civil Procedure 4(m) expressly authorizes this Court to extend the time for service upon a showing of good cause, and grants the Court discretion to extend that time even where the circumstances do not rise to the level of good cause.

9.      Good cause exists here. Plaintiffs have acted diligently throughout, directing service efforts to every address reasonably associated with Defendant Trainor -- including the address he registered with a federal court in his own active litigation -- and have now engaged the appropriate county sheriff's departments to complete service as expeditiously as possible.

10.     Plaintiffs respectfully request that this Court extend the deadline to serve Defendants M2 Management, Inc. and Michael P. Trainor by no fewer than 60 days from the current deadline.

11.     The Court's February 20 Order also set a joint status report deadline of May 26, 2026, and a joint status conference for May 28, 2026, at 9:30 a.m. Because Defendants have not yet been served, Plaintiffs are unable to prepare a joint status report by that deadline. Plaintiffs respectfully request that the Court continue the May 26 status report deadline and the May 28 status conference to dates following completion of service.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion, extend the time for service by no fewer than 60 days, and grant such other and further relief as the Court deems just and proper.

**Page 3 of 4**
**Dwight McDonald, et al. v. M2 Management, Inc., et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-6260**
**Motion for Extension of Time to Effectuate Service of Process**

Respectfully submitted,

**DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 4**
**Dwight McDonald, et al. v. M2 Management, Inc., et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-6260**
**Motion for Extension of Time to Effectuate Service of Process**