FILED - USDC -NH
2026 MAR 16 AM9:55

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Trainor

v.                                                    Civil No. Case #/ 26-CV-00024-SM

Dwight McDonald

## DIVERSITY DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

| PARTY OR INTERVENOR NAME | CITIZENSHIP |
|---|---|
| Michael Trainor | US, NH |
| 218 Deer Meadow Rd | |
| Pittsfield, NH 03063 | |

| NAME OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
|---|---|---|
| Dwight McDonald 7906 Acacia Falls Ct Richmond, TX 77407 | Defendant | US,TX |

I certify that a copy of the foregoing Diversity Disclosure Statement was mailed by US Mail to Dwight McDonald at 7906 Acacia Falls Ct, Richmond, TX 77407 on March 16,2026.

*Pro-se 3/16/26*

Michael Trainor, Pro Se

218 Deer Meadow Rd

Pittsfield, NH 03263

603-682-1722