**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dwight McDonald, et al.

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−06260
                                                      Honorable Jorge L. Alonso

M2 Management, Inc., et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs' motion for
extension [42] is granted, over objection. Plaintiffs are making progress toward
effectuating service, and, under the circumstances, the Court finds good cause for the
reasonable extension they have requested. Plaintiffs shall accomplish service no later than
7/21/26. A joint status report is due by 7/27/26. The 5/28/26 status hearing is re−set for
telephonic status hearing on 7/30/26 at 9:30 am. Members of the public and media will be
able to call in to listen to this hearing. The call−in number is 650−479−3207 and the
access code is 1804010308. Persons granted remote access to proceedings are reminded of
the general prohibition against photographing, recording, and rebroadcasting of court
proceedings. Violation of these prohibitions may result in sanctions, including removal of
court issued media credentials, restricted entry to future hearings, denial of entry to future
hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's
staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.