**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

DWIGHT McDONALD, CHRISTOPHER　　　　　)
ATKINS and TIMOTHY PROVOST,　　　　　　)
Each Individually and on Behalf　　　　　　)
of All Others Similarly Situated,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　　No. 21-cv-6260
　　　　　　　　　　　　　　Plaintiffs　　　　)
　　　　　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
M2 MANAGEMENT INC.,　　　　　　　　　　　)
and MICHAEL P. TRAINOR,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　Defendants　　　)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, July 16, 206 at 9:30am**, the undersigned counsel will appear before the Honorable Jorge L. Alonso, via telephone (telephonic information to be provided on the docket), and then and there shall present **Defendants' 12(b)(4) and 12(b)(5) Motion to Dismiss Plaintiffs' Complaint**.

　　　　　　　　　　　　　　　　　　　/s/　David DeSchepper
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　John C. Ellis
　　　　　　　　　　　　　　　　　　　David DeSchepper
　　　　　　　　　　　　　　　　　　　Joyce Mendoza Navarro
　　　　　　　　　　　　　　　　　　　ELLIS LEGAL, P.C.
　　　　　　　　　　　　　　　200 West Madison Street, Suite 2670
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　(312) 967-7629
　　　　　　　　　　　　　　　　　　　jellis@ellislegal.com
　　　　　　　　　　　　　　　　　ddeschepper@ellislegal.com
　　　　　　　　　　　　　jmendozanavarro@ellislegal.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

/s/ John C. Ellis