**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs <br> vs. <br><br> M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, <br><br> Defendants | No. 21-cv-6260 |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Wednesday, July 22, 206 at 9:30am**, the undersigned counsel will appear before the Honorable Jorge L. Alonso, via telephone (telephonic information to be provided on the docket), and then and there shall present **Defendants' 12(b)(4) and 12(b)(5) Motion to Dismiss Plaintiffs' Complaint**.

/s/    David DeSchepper
*Attorneys for Defendants*

John C. Ellis
David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

<u>/s/ John C. Ellis</u>