AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/20/2026    07:22 PM |
|---|---|
| NAME OF SERVER *(PRINT)*    STEVEN C. BYERS | TITLE    M2 MANAGEMENT INC. C/O MICHAEL TRAINOR |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:    218 Deer Meadow Road, Pittsfield NH 03263

    Age: 60, Sex: Male, Height: 5'7, Weight: 195, Hair: Gray, Others: Beard

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     07/21/2026
             Date

*Signature of Server*

123 LEGAL INC.
3019 Edgewater Dr #2177 Orlando, FL 32804
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.