**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 21-cv-6260 |
| Plaintiffs | ) | |
| vs. | ) ) | |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) ) ) | |
| Defendants | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants M2 MANAGEMENT INC. ("M2 Management") and MICHAEL P. TRAINOR ("Trainor"), (collectively, "Defendants"), by and through their attorneys, ELLIS LEGAL, P.C. respectfully request this Court grant an extension of the deadline to answer or otherwise plead and, in support thereof, state as follows:

1. Defendants' deadline to file their responsive pleading to Plaintiffs' Complaint is August 10, 2026. ECF Nos. 51-52.

2. Counsel for Defendants have had urgent, time-sensitive matters come up and have not had substantial time to confer with the client on the responsive pleadings.

3. Defendants' counsel have been otherwise occupied handling a number of matters concurrently, including but not limited to preparing for and taking depositions in *Dr. Joel Akroush v. Musa Mohammed et al.*, Case No. 2024-CH-09679 pending in Cook County, Chancery Division; reviewing tens of thousands of documents in production, issuing third-party discovery, and preparing for depositions before closure of discovery on September 30, 2026 in *Raven's Place, LLC et al. v. The City of Blue Island et al.*, Case No. 1:23-cv-00728 pending in the United States

1

District Court, Northern District of Illinois; preparing for oral arguments for a 2-619(a)(4) and (a)(9) Motion to Dismiss in *Panit Hompluem v. Sarah Chang Ayala*, Case No. 2025-L-009141, pending in Cook County, Law Division; preparing and filing a Motion to Reconsider in *Estate of Christopher J. Murray v. Murray*, Case No. 2022-P-003778, pending in Cook County, Probate Division; preparing, presenting, and arguing a Motion for Leave to File *Instanter* and responding to discovery requests in *John C. Ellis v. Noble Network of Charter Schools*, Case No. 2025-CH-10699, pending in Cook County, Chancery Department; engaging in discovery for a preliminary injunction hearing in *Hantoot, et al v. Goldklang*, Case No. 2025-CH-09061, pending in Cook County, Chancery Division; and briefing multiple motions in *Dipak Bhatt v. Alsip BP Inc., et al*, Case No. 2025-CH-11958, pending in Cook County, Chancery Division.

4. Therefore, Defendants respectfully request a twenty-eight (28) day extension, up to and including September 7, 2026, to answer or otherwise plead to Plaintiff's Complaint.

5. Defendants' counsel has conferred with Plaintiffs' counsel and there is no objection.

6. This request is made in good faith and without any intent of delaying the matter.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Court grant its request for extension of time to answer or otherwise plead as well as for any other relief as this Court deems just and proper.

Dated: August 6, 2026

Respectfully Submitted,

By:  /s/ John C. Ellis
     *One of the Defendants' Attorneys*

John C. Ellis (Bar ID #6286102)
David DeSchepper (Bar ID #6329602)
Joyce Mendoza Navarro (Bar ID #6346142)
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670

2

Chicago, Illinois 60606
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 6, 2026**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

/s/ Joyce Mendoza Navarro