**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

DWIGHT McDONALD, CHRISTOPHER )
ATKINS and TIMOTHY PROVOST, )
Each Individually and on Behalf )
of All Others Similarly Situated, )
                                      )          No. 21-cv-6260
                     Plaintiffs      )
        vs.                            )
                                        )
M2 MANAGEMENT INC., )
and MICHAEL P. TRAINOR, )
                                        )
                  Defendants      )

## NOTICE OF MOTION

        **PLEASE TAKE NOTICE** that on **Thursday, August 13, 206 at 9:30am**, the undersigned counsel will appear before the Honorable Jorge L. Alonso, via telephone (telephonic information to be provided on the docket), and then and there shall present **Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**.

                                       /s/    David DeSchepper
                                        *Attorneys for Defendants*

                                        John C. Ellis
                                        David DeSchepper
                                      Joyce Mendoza Navarro
                                      ELLIS LEGAL, P.C.
              200 West Madison Street, Suite 2670
                                 Chicago, Illinois 60606
                                        (312) 967-7629
                                        jellis@ellislegal.com
                                 ddeschepper@ellislegal.com
                           jmendozanavarro@ellislegal.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

/s/ David DeSchepper