# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Dwight McDonald, et al.

                              Plaintiff,

v.                                              Case No.: 1:21–cv–06260
                                                Honorable Jorge L. Alonso

M2 Management, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Defendants' Unopposed
Motion for extension of time to answer or otherwise plead to Plaintiff's complaint [53] is
granted to 9/7/26. Motion hearing date of 8/13/26 is stricken. Notice mailed by Judge's
staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.