**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) | No. 21-cv-6260 |
| Plaintiffs | ) | |
| vs. | ) | |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) | |
| Defendants | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants M2 MANAGEMENT INC. ("M2 Management") and MICHAEL P. TRAINOR ("Trainor"), (collectively, "Defendants"), by and through their attorneys, ELLIS LEGAL, P.C., respectfully request this Court grant an extension of the deadline to answer or otherwise plead and, in support thereof, state as follows:

1. Defendants' current deadline to file their responsive pleadings to Plaintiffs' Complaint is September 7, 2026. ECF No. 55.

2. Counsel for Defendants have had urgent, time-sensitive matters come up and have not had substantial time to confer with their clients on the responsive pleadings.

3. Defendants' counsel have been otherwise occupied handling a number of matters concurrently, including but not limited to preparing for and taking depositions in *Dr. Joel Akroush v. Musa Mohammed, et al.*, Case No. 2024-CH-09679 pending in Cook County, Chancery Division; reviewing tens of thousands of documents in production, issuing third-party discovery, and preparing for depositions before closure of discovery on September 30, 2026 in *Raven's Place, LLC et al. v. The City of Blue Island, et al.*, Case No. 1:23-cv-00728 pending in the United States

District Court, Northern District of Illinois; preparing for an oral argument for a Motion to Disqualify in *Laurence H. Weiner, et al. v. Brian Livingston,* Case No. 2026-L-1581, pending in Cook County, Law Division; preparing, presenting, and briefing multiple motions in *Dipak Bhatt v. Alsip BP Inc., et al*, Case No. 2025-CH-11958, pending in Cook County, Chancery Division; preparing for an oral argument for a Motion to Dismiss in *Laurence H. Weiner, et al. v. Jorge Salamanca et al.*, Case No. 2025-CH-12249 pending in Cook County, Chancery Division; preparing and briefing a Motion to Compel Arbitration and a Motion to Dismiss *in Helene Rhind v. Airbnb, Inc.*, Case No. 1:26-cv-06944, pending in the United States District Court, Northern District of Illinois; preparing and briefing a Motion to Strike Sur-Replies in *Gary Goldman et al. v. Jaquan D. Savage et al.*, Case No. 1:26-cv-04097, pending in the United States District Court, Northern District of Illinois; preparing a Motion to Dismiss in *Sam Erbaugh, et al. v. Airbnb, Inc. et al.*, Case No. 1:26-cv-06660, pending in the United States District Court, Northern District of Illinois.

4. In addition, the firm representing Defendants has had an increased workload as one of its attorneys has been out for two weeks for her wedding and honeymoon.

5. Therefore, Defendants respectfully request a twenty-eight (28) day extension, up to and including October 5, 2026, to answer or otherwise plead to Plaintiff's Complaint.

6. Defendants' counsel has conferred with Plaintiffs' counsel and there is no objection.

7. This is Defendants' second request and it is made in good faith and without any intent to delay.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Court grant its request for extension of time to answer or otherwise plead as well as for any other relief as this Court deems just and proper.

Dated: August 27, 2026

Respectfully Submitted,

By: /s/ John C. Ellis
*One of the Defendants' Attorneys*

John C. Ellis (Bar ID #6286102)
David DeSchepper (Bar ID #6329602)
Joyce Mendoza Navarro (Bar ID #6346142)
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 27, 2026**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

/s/ Joyce Mendoza Navarro