**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs | ) | No. 21-cv-6260 |
| vs. | ) | Hon. Jorge L. Alonso |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) | |
| Defendants | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Dwight McDonald, Christopher Atkins, and Timonthy Provost, and Defendants, M2 Management Inc. and Michael P. Trainor (collectively, "Parties"), by and through their attorneys, submit the below Joint Status Report pursuant to this Honorable Court's August 24, 2026 Order. ECF No. 57.

I. Status on Service and Responsive Pleadings

Pursuant to this Court's July 23, 2026 Order, Plaintiffs served Defendants on July 20, 2026 and Defendants' Responsive Pleadings were due August 10, 2026. ECF Nos. 51-52. Defendants filed an Unopposed Motion for Extension of Time to Answer or Otherwise Plead ("Motion") on August 6, 2026. ECF No. 53. The Court granted the Motion on August 11, 2026 and extended Defendant's Responsive Pleadings Deadline to September 7, 2026. ECF No 55. This Court granted a Second Unopposed Motion for Extension of Time to Answer or Otherwise Plead ("Motion") filed on August 27, 2026 and Defendant's extended responsive pleadings deadline is now October 5, 2026. ECF Nos. 58-59.

II. Other Matters

Nothing to report.

Respectfully submitted,

/s Sean Short
*Attorney for Plaintiffs*

Joshua Jon Sanford
Sean Short
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy
Suite 510
Little Rock, AR 72211
(501) 221-0088
(501) 904-1650
Fax: Active
Email: ecfnotices@sanfordlawfirm.com
Email: sean@sanfordlawfirm.com

Colby Qualls
Forester Haynie, PLLC - Little Rock
10800 Financial Centre Pkwy
Suite 510
Little Rock, AR 72211
214-210-2100
Fax: 469-399-1070
Email: cqualls@foresterhaynie.com

John C. Ellis
David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com
*Inc. and Michael P. Trainor*

/s/ Joyce Mendoza Navarro
*Attorney for Defendants*

John C. Ellis
David DeScepper
Joyce Mendoza Navarro
200 W Madison St, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com
*Attorneys for Defendants M2 Management Inc. and Michael P. Trainor*