**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs | ) | No. 21-cv-6260 |
| vs. | ) | |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) | |
| Defendants | ) | |

**ELLIS LEGAL, P.C.'S MOTION TO WITHDRAW & FOR DEFENDANT TO APPEAR AT THE PRESENTATION FOR THIS MOTION VIA TELEPHONE**

Attorneys John C. Ellis, David DeSchepper and Joyce Mendoza Navarro of Ellis Legal, P.C. ("Movants") hereby move for entry of an Order granting them leave to withdraw as counsel of record for Defendants M2 Management, Inc. and Michael P. Trainor ("Defendant") and for Defendants to appear via telephone at any hearing set for this motion, and state the following in support thereof:

1. Movants filed their appearances in this matter on May 28, 2025 [Dkt. #28, 29] and May 29, 2025 [Dkt. #31].

2. Since that time, substantial communication issues have arisen between Movants and Defendant that make it impossible for Movants to continue their representation of Defendant.

3. Accordingly, withdrawal is appropriate under Rule 1.16 of the Illinois Rules of Professional Conduct.

4. This filing is being served on Defendant's registered agent via certified mail. An additional copy has been served upon one of Defendant's officers via electronic mail.

5. Defendant Trainor's last known address is: 218 Deer Meadow Road, Pittsfield NH 03263.

6. Defendant M2 Management, Inc. is a dissolved corporation. Per the New Hampshire Secretary of State, M2 Management, Inc. holds or previously held a principal office at 53 Diamond Ledge Rd, Thorton, NH 03285 and maintains or maintained a mailing PO Box at 7045 Gilford, NH 03247. *See Exhibit A.*

7. Defendant Trainor is listed as the President, Secretary, Director, and Registered agent of M2 Management, Inc.

8. A copy of this Motion will be emailed to Defendant Trainor.

9. Counsel will supplement this Motion with a confirmation of receipt if received from Defendant Trainor via email.

10. As both Defendants are out-of-state parties, the undersigned respectfully requests that this Court allow Defendants to appear via telephone or other remote means at the presentation date set for this motion, if any.

11. In view of the foregoing, Movants respectfully request that they be authorized by Order of this Court to withdraw as counsel of record for Defendant.

WHEREFORE, Movants, Ellis Legal, P.C., and its attorneys appearing in this action, respectfully request that this Court grant Movants' leave to withdraw their appearance in the captioned case, enter an order allowing Defendants to appear via telephone or other remote means for the presentation of this motion, and for any other relief this Court deems fair and just.

Dated: September 18, 2026

Respectfully submitted,

By: John C. Ellis

John C. Ellis

David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGA, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
(312) 219-3304
(312) 257-3225
jellis@ellislegal.com

ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com