(/online/Home/) Back to Home (/online)

# Business Information

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | M2 MANAGEMENT, INC. | Business ID: | 724269 |
| Business Type: | Domestic Profit Corporation | Business Status: | Dissolved Name Protected |
| Business Creation Date: | 04/10/2015 | Name in State of Incorporation: | Not Available |
| Date of Formation in Jurisdiction: | 04/10/2015 | | |
| Principal Office Address: | 53 Diamond Ledge Rd, Thornton, NH, 03285, USA | Mailing Address: | PO Box 7045, Gilford, NH, 03247, USA |
| Citizenship / State of Incorporation: | Domestic/New Hampshire | | |
| | | Last Annual Report Year: | 2025 |
| | | Next Report Year: | 2026 |
| Duration: | Perpetual | | |
| Business Email: | mike@m2management.org | Phone #: | 603-682-1722 |
| Notification Email: | mike@m2management.org | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / entertainment consulting and management | |

**Page 1 of 1, records 1 to 1 of 1**

## Principals Information

| Name/Title | Business Address |
|---|---|
| mike trainor / President | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / Secretary | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / Director | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / President | po box 7045, Gilford, NH, 03247, USA |
| mike trainor / President | 7045 po, Gilford, NH, 03247, USA |

< Previous ... 1 2 ... Next > **Page 1 of 2, records 1 to 5 of 6** Go to Page

## Registered Agent Information

| | |
|---|---|
| Name: | Trainor, Mike |
| Registered Office Address: | 1039 Gherry Valley Rd, Gilford, NH, 03249, USA |
| Registered Mailing Address: | 1039 Gherry Valley Rd, Gilford, NH, 03249, USA |

## Trade Name Information

No Trade Name(s) associated to this business.

## Trade Name Owned By

No Records to View.

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|

No records to view.

Filing History Address History View All Other Addresses Name History Shares

Businesses Linked to Registered Agent Return to Search Back

NH Department of State, 107 North Main St. Room 204, Concord, NH 03301 -- **Contact Us (https://www.sos.nh.gov/contact-us-0)**

© 2022 State of New Hampshire.