**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs | ) | No. 21-cv-6260 |
| vs. | ) | |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) | |
| Defendants | ) | |

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on **Thursday, September 24, 2026 at 9:30am**, the undersigned counsel will appear before the Honorable Jorge L. Alonso, and then and there shall present **ELLIS LEGAL, P.C.'S MOTION TO WITHDRAW & FOR DEFENDANT TO APPEAR AT THE PRESENTATION FOR THIS MOTION VIA TELEPHONE.**

/s/ David DeSchepper
*Ellis Legal, P.C.*

John C. Ellis
David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this September 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which by its operation will send notification to all counsel of record.

/s/ David DeSchepper