IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DWIGHT MCDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated** **PLAINTIFFS**

vs. No. 1:21-cv-6260

**M2 MANAGEMENT, INC., and MICHAEL P. TRAINOR** **DEFENDANTS**

**PLAINTIFFS' RESPONSE TO ELLIS LEGAL, P.C.'S MOTION TO WITHDRAW**

Plaintiffs do not oppose Ellis Legal, P.C.'s Motion to Withdraw as counsel for Defendants M2 Management, Inc. and Michael P. Trainor. Plaintiffs respectfully note, however, that Defendant M2 Management, Inc., as a corporation, may not proceed *pro se* in federal court. *See Philos Techs., Inc. v. Philos & D, Inc.*, 645 F.3d 851, 858 (7th Cir. 2011) (quoting *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985)) (a corporation "is legally incapable of appearing in court unless represented by counsel—'corporations must appear by counsel or not at all'").

Accordingly, Plaintiffs respectfully request that, if the Court permits Ellis Legal, P.C. to withdraw, any order doing so require M2 Management, Inc. to obtain substitute counsel and have counsel enter an appearance within a date certain established by the Court.

Respectfully submitted,

**DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com