**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DWIGHT McDONALD, CHRISTOPHER ATKINS and TIMOTHY PROVOST, Each Individually and on Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs | ) | No. 21-cv-6260 |
| vs. | ) | |
| M2 MANAGEMENT INC., and MICHAEL P. TRAINOR, | ) | |
| Defendants | ) | |

**ELLIS LEGAL, P.C.'S SUPPLEMENT TO ITS MOTION TO WITHDRAW & FOR DEFENDANT TO APPEAR AT THE PRESENTATION FOR THIS MOTION VIA TELEPHONE**

Attorneys John C. Ellis, David DeSchepper and Joyce Mendoza Navarro of Ellis Legal, P.C. ("Movants") and to supplement their Motion to Withdraw [Dkt. #62] state as follows:

1. Ellis Legal, P.C. filed its Motion to Withdraw as counsel for Defendants in this matter on September 18, 2026. [Dkt. #62].

2. A copy of the Motion and Notice of Motion were provided to Defendant Michael Trainor who confirmed receipt of the Motion via email. *See Exhibit A*[1].

3. As represented in Counsel's email to the Court Deputy, Mr. Trainor agrees to the Motion to Withdraw.

4. In view of the foregoing, Movants respectfully request that they be authorized by Order of this Court to withdraw as counsel of record for Defendant.

[1] Counsel has redacted a portion to preserve attorney-client privileged communication.

5. Should the Court wish to hold a hearing on this matter, Counsel respectfully requests that Mr. Trainor be allowed to appear via telephone as requested in the Motion to Withdraw. [Dkt #62].

WHEREFORE, Movants, Ellis Legal, P.C., and its attorneys appearing in this action, respectfully request that this Court grant Movants' leave to withdraw their appearance in the captioned case, enter an order allowing Defendants to appear via telephone or other remote means for the presentation of this motion, and for any other relief this Court deems fair and just.

Dated: September 23, 2026

Respectfully submitted,

By: John C. Ellis

John C. Ellis
David DeSchepper
Joyce Mendoza Navarro
ELLIS LEGA, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 967-7629
(312) 219-3304
(312) 257-3225
jellis@ellislegal.com
ddeschepper@ellislegal.com
jmendozanavarro@ellislegal.com