Outlook

## RE: Ellis Legal, P.C.'s Motion to Withdraw

**From** mike m2management.org <mike@m2management.org>
**Date** Mon 9/21/2026 7:41 AM
**To** David DeSchepper <ddeschepper@ellislegal.com>
**Cc** John Ellis <jellis@ellislegal.com>; Joyce Mendoza Navarro <jmendozanavarro@ellislegal.com>

David,

Got email. [redacted] Thanks.

mt

---

**From:** David DeSchepper <ddeschepper@ellislegal.com>
**Sent:** Friday, September 18, 2026 1:31 PM
**To:** mike m2management.org <mike@m2management.org>
**Cc:** John Ellis <jellis@ellislegal.com>; Joyce Mendoza Navarro <jmendozanavarro@ellislegal.com>
**Subject:** Ellis Legal, P.C.'s Motion to Withdraw

Mike,

Please see the attached Motion to Withdraw filed today in this matter. Please confirm receipt of this email so we can provide the Court with an update that you have received the Motion.

This Motion is currently set to be heard on 9/24 at 9:30am. As you'll see in the Motion, it requests that you be given leave to appear via telephone or other electronic means.

Please confirm receipt.

**David DeSchepper**
Ellis Legal, PC
200 W. Madison St., Suite 2670
Chicago, Illinois 60606
P: (312) 219-3304 | www.ellislegal.com