**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dwight McDonald, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06260
Honorable Jorge L. Alonso

M2 Management, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record and without objection, Ellis Legal, P.C.'s Motion to withdraw and for Defendant to appear at the presentation for this motion via telephone [62] is granted. Defendant Michael P. Trainor shall file a pro se appearance form or a substitution of counsel appearance form. Defendant's oral motion to extend the deadline for responsive pleading is granted to 10/15/26. The parties are directed to file a joint status report by 10/13/26. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.