**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dwight McDonald, et al.
Plaintiff,
v.
Case No.: 1:21−cv−06260
Honorable Jorge L. Alonso
M2 Management, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant Trainor shall file a memorandum in response to Plaintiffs' motion [72] to dismiss Defendant's counterclaim by 11/30/26. In his memorandum, Defendant Trainor may also reply to Plaintiffs' opposition [73] to transfer of venue, if he desires. Plaintiffs shall file a memorandum in reply by 12/14/26. The Court will rule electronically. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.